# United States District Court
# Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| TM45 | 9121630 | C. Gann | 1169 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 03/19/2025

Offense Charged ☐ CFR ☑ USC ☐ State Code: Title 18 USC 1701

Place of Offense: Nashville, TN

Offense Description: Factual Basis for Charge — HAZMAT ☐

Obstruction of U.S. Mail, Generally

## DEFENDANT INFORMATION

Phone: 0139

| Last Name | First Name | M.I. |
|---|---|---|
| Lewellyn | Devonte | D |

Street Address: ▮▮▮▮▮▮

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Antioch | TN | 37013 | ▮▮▮▮ |

Drivers License No.: ▮▮▮61   CDL ☐   D.L. State: TN   Social Security No.: ▮▮▮

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: BLK   Eyes: BRN   Height: 6'1"   Weight: 205

## VEHICLE

VIN: — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: X Devonte ▮▮▮

Original - CVB Copy

*9121630*

CVB SCAN 03/31/2025 13:24