**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

UNITED STATES OF AMERICA )
                                                       )        **Case No. 3:26-mj-1093**
v.                                                     )        **Citation No. TM45-9121630**
                                                       )
DEVONTE LEUELLYN                          )

### ORDER FOR RESTITUTION AND DISBURSEMENT

The defendant having been pleaded guilty to and therefore been adjudicated guilty of one count of obstruction of the U.S. Mail in violation of 18 U.S.C. § 1701, the defendant must pay total criminal penalties of $10.00 special assessment and restitution of $434.10, for a total of $444.10. Per the Plea Agreement, the defendant is ordered to pay restitution to Lori O'Shoney in the amount of $434.10 and to pay a $10.00 special assessment pursuant to 18 U.S.C. § 3013(a)(1)(A)(ii). As stated on the record in open court on April 9, 2026, the defendant elected to voluntarily pay additional restitution to Ms. O'Shoney, for a total restitution amount of 490.00.

The defendant remitted money order **-*****0854 in the amount of $500.00 to the Clerk of Court on April 9, 2026. Of this amount, $10.00 shall be applied to the special assessment pursuant to 18 U.S.C. § 3013(a)(1)(A)(ii). The Clerk is directed to disburse the balance of $490 in restitution to Lori O'Shoney. The United States shall complete (or cause to be completed) a Registry Disbursement Form for Ms. O'Shoney and shall return the completed form to the Clerk as directed in the form.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge